# UNITED STATES DISTRICT COURT
# NORTSHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SHERRY FOX-MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 1690 |
| | ) | |
| vs. | ) | JUDGE DARRAH |
| | ) | |
| COUNTY OF COOK, and COOK COUNTY SHERIFFS DEPARTMENT, and COOK COUNTY SHERIFFS C. JONES, No. 4338, and K. TRYBA, | ) ) ) ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S FIRST MOTION *IN LIMINE* TO BAR DEFENDANT SHERIFFS FROM ASSERTING INABILITY TO PAY AS A DEFENSE TO PUNITIVE DAMAGES

Now comes Plaintiff, SHERRY FOX-MARTIN, by one of her attorneys, Jeffrey B. Granich, and moves, *in limine,* to bar Defendant Sheriffs from asserting inability to pay as a defense to punitive damages. In support, Plaintiff states as follows:

Plaintiff seeks punitive damages against all non-municipal Defendants. At no time have Defendant Sheriffs asserted an inability to pay as a defense to punitive damages. Since Defendant Sheriffs have refused to produce income or asset information, they should be barred from claiming an inability to pay as a defense to punitive damages pursuant to Federal Rule of Civil Procedure 26(c)(1).

WHEREFORE, Plaintiff respectfully requests an Order barring Defendant Sheriffs from claiming an inability to pay or producing any evidence in support of such a claim as

a defense to a punitive damages award. The parties have conferred and have determined that this matter upon which ruling is sought is actually in dispute.

                                            RESPECTFULLY SUBMITTED,

                                            /s/   Jeffrey B. Granich
                                            One of Plaintiff's attorneys

JEFFREY B. GRANICH
Law Offices of Jeffrey B. Granich
53 West Jackson, Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a true and correct copy of the above and foregoing **PLAINTIFF'S FIRST MOTION *IN LIMINE* TO BAR DEFENDANT SHERIFFS FROM ASSERTING INABILITY TO PAY AS A DEFENSE TO PUNITIVE DAMAGES** to be delivered via this Court's ECF system to the individuals listed below on this _____, 2010.

      To:


**Edgar L. Berre, III**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5170
Fax: (312) 603-3000



/s/   Jeffrey B. Granich
JEFFREY B. GRANICH