UNITED STATES DISTRICT COURT
NORTSHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERRY FOX-MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 1690 |
| | ) | |
| vs. | ) | JUDGE DARRAH |
| | ) | |
| COUNTY OF COOK, and COOK | ) | MAGISTRATE JUDGE NOLAN |
| COUNTY SHERIFFS DEPARTMENT, | ) | |
| and COOK COUNTY SHERIFFS | ) | |
| C. JONES, No. 4338, and K. TRYBA, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S SECOND MOTION *IN LIMINE* TO BAR ANY PREVIOUSLY UNDISCLOSED WITNESSES/EVIDENCE AND TO EXCLUDE WITNESSES FROM THE COURTROOM DURING TRIAL**

Now comes Plaintiff, SHERRY FOX-MARTIN, by one of her attorneys, Jeffrey B. Granich, moves, *in limine,* to bar any previously undisclosed witnesses and to exclude witnesses from the courtroom during trial. In support of this motion, Plaintiff states as follows:

Plaintiff respectfully moves this Court to bar Defendants from offering any witnesses, testimony or other evidence that has not been previously disclosed as required by Federal Rule of Civil Procedure 26(a)(1), and Rule 26(e). Moreover, pursuant to FRE 615, Plaintiff moves this Court to exclude all witnesses (other than the named parties) from the courtroom during the testimony of any and all witnesses in this case. Plaintiff also moves this Court for the exclusion from the courtroom any and all persons Defendants may consider calling as witnesses at trial. Finally, Plaintiff seeks the exclusion from the courtroom all witnesses who have already testified at the trial, but who may be recalled to testify later in the trial.

WHEREFORE Plaintiff respectfully requests that this Honorable Court bar any witnesses or evidence not previously disclosed, and also to exclude witnesses from the courtroom during the trial in this matter. The parties have conferred and have determined that this matter upon which ruling is sought is actually in dispute.

RESPECTFULLY SUBMITTED,

/s/   Jeffrey B. Granich
One of Plaintiff's attorneys

JEFFREY B. GRANICH
Law Offices of Jeffrey B. Granich
53 West Jackson, Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **PLAINTIFF'S SECOND MOTION *IN LIMINE* TO BAR ANY PREVIOUSLY UNDISCLOSED WITNESSES/EVIDENCE AND TO EXCLUDE WITNESSES FROM THE COURTROOM DURING TRIAL** to be delivered via this Court's ECF system to the individuals listed below on this _____, 2010.

To:

**Edgar L. Berre, III**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5170
Fax: (312) 603-3000


/s/   Jeffrey B. Granich
JEFFREY B. GRANICH